JUDGE CHIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

RICHARD MARTINEZ,

        Defendant.

- - - - - - - - - - - - - - - - x

INDICTMENT

08 CRIM 399

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 07 2008

COUNT ONE

The Grand Jury charges:

On or about March 30, 2008, in the Southern District of New York, RICHARD MARTINEZ, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction for Attempted Assault in the Second Degree, in violation of New York Penal Law 110/120.05, a Class E Felony, in New York Supreme Court, Bronx County, on or about April 20, 2007, unlawfully, willfully, and knowingly, did possess in and affecting commerce, a firearm, to wit, a .25 caliber Raven semi-automatic firearm, with a defaced serial number, and ammunition, to wit, two .25 caliber bullets, both of which previously had been shipped and transported in interstate commerce.

    (Title 18, United States Code, Section 922(g)(1).)

_____      _____
FOREPERSON                                           MICHAEL J. GARCIA
                                                                     United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

RICHARD MARTINEZ,

Defendant.

INDICTMENT

08 Cr.

(18 U.S.C. § 922(g)(1))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*Sherry Picchieri*
Foreperson.