```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA         :     ORDER

            -v-                  :     08 Cr. 399 (DC)

RICHARD MARTINEZ,                :

            Defendant.           :
- - - - - - - - - - - - - - - - -X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/08

It is hereby ORDERED that the pretrial conference in this case is continued from June 12, 2008 to June 18, 2008.

The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will permit the defense to continue to review discovery and to determine whether to file any motions. Accordingly, it is further ORDERED that the time between June 12, 2008 and June 18, 2008 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice.

Dated:  New York, New York
        June 13, 2008

                                    _____
                                    DENNY CHIN
                                    UNITED STATES DISTRICT JUDGE